IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KHETAM NIMER**, an individual

AND

**MONA HAMED**, an individual,

    Plaintiffs,                            Case No. 2:14-cv-13689
                                                      Hon. George Caram Steeh

V

**ADAM TOURS OF NEW YORK, INC.**,

    Defendant.
_____

## JUDGMENT

Plaintiffs filed their First Amended Complaint against Defendant Adam Tours of New York, Inc. on December 10, 2014. Defendant was served on December 29, 2014. After failing to respond, Plaintiffs requested entry of default on March 11, 2015, and the Clerk of this Court entered default on March 12, 2015. On April 10, 2015, Plaintiffs filed a Motion for Default Judgment. This Court noticed Plaintiffs' Motion for Default Judgment on April 21, 2015, for hearing on June 1, 2015. Plaintiffs mailed via certified mail the notice of hearing to Defendant on April 22, 2015, and Defendant refused service on April 27, 2015.

After a hearing on June 1, 2015, for Plaintiff's Motion for Entry of Default Judgment, and finding that Defendant Adam Tours of New York, Inc. is in default,

**IT IS HEREBY ORDERED** that Defendant Adam Tours of New York, Inc. shall pay Plaintiff Khetam Nimer and Plaintiff Mona Hamed each the sum of $250,000, which includes $6,815 for economic damages and $243,185 for non-economic damages.

Dated: June 3, 2015

s/George Caram Steeh
United States District Judge

CERTIFICATE OF SERVICE

Copies of this document were served upon attorneys/parties
of record on the above date by electronic and/or ordinary mail.

s/Marcia Beauchemin
Case Manager