UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHETAM NIMER, an individual,
and MONA HAMED, an individual,

       Plaintiffs,

  v.

ADAM TOURS OF NEW YORK, INC.,
a corporation,

       Defendant.
_____/

Case No. 14-13689

HON. GEORGE CARAM STEEH

ORDER GRANTING IN PART AND DENYING
IN PART PLAINTIFFS' MOTION TO
AMEND SCHEDULING ORDER (ECF No. 61)

     Before the court is Plaintiffs' motion to amend the scheduling order by 120 days, which Defendant opposes. The parties agreed to a scheduling order, which was issued on October 14, 2021. Given the lack of complexity of this dispute, the order allowed a generous period for discovery, over fourteen months. *See* ECF No. 59 (joint discovery plan). During that time, Plaintiffs did not pursue discovery, reflecting a lengthy pattern of delay in prosecuting this case. *See* ECF No. 26, 29, 31, 34, 50.

     As a result of Plaintiffs' clear lack of diligence, the court finds that Plaintiffs have not demonstrated good cause to amend the scheduling

order. *See* Fed. R. Civ. P. 6(b)(1). In light of the age of this case, any further delay in resolving this matter on the merits will prejudice Defendant. Therefore, the court is not inclined to adjourn the trial date, currently set for May 9, 2023. However, the court will grant the parties an extension until February 10, 2023, to complete discovery. All other dates will remain as scheduled and no further adjournments will be granted.

    IT IS HEREBY ORDERED that Plaintiffs' motion (ECF No. 61) is GRANTED IN PART and DENIED IN PART.

Dated: January 11, 2023

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 11, 2023, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk